UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LOKERSON, | No. 2:23-cv-2114 CKD P |
| Plaintiff, | |
| v. | ORDER |
| WARDEN, HIGH DESERT STATE PRISON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and seeking relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

Plaintiff requests leave to proceed in forma pauperis. As plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a), his request will be granted. Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. §§ 1914(a), 1915(b)(1). By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court. Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account. These payments will be forwarded by

/////

1

1   the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account

2   exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

3       The court is required to screen complaints brought by prisoners seeking relief against a

4   governmental entity or officer or employee of a governmental entity.  28 U.S.C. § 1915A(a).  The

5   court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally

6   "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek

7   monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915A(b)(1),(2).

8       The court has reviewed plaintiff's complaint and finds that it fails to state a claim upon

9   which relief can be granted under federal law.  Plaintiff's complaint must be dismissed.  The

10  court will, however, grant leave to file an amended complaint. The court provides the following

11  information to plaintiff to assist in drafting an amended complaint.

12      1.    Plaintiff complains about the confiscation and loss of a poster at High Desert State

13  Prison.  But plaintiff does not identify how the confiscation or loss of the poster violated any

14  federal right.  If plaintiff chooses to amend the complaint, plaintiff must demonstrate how the

15  conditions complained of have resulted in a deprivation of plaintiff's constitutional rights.  See

16  Ellis v. Cassidy, 625 F.2d 227 (9th Cir. 1980).

17      2.    Plaintiff must allege in specific terms how each named defendant is involved.

18  There can be no liability under 42 U.S.C. § 1983 unless there is some affirmative link or

19  connection between a defendant's actions and the claimed deprivation.  Rizzo v. Goode, 423 U.S.

20  362 (1976).  Furthermore, vague and conclusory allegations of official participation in civil rights

21  violations are not sufficient.  Ivey v. Board of Regents, 673 F.2d 266, 268 (9th Cir. 1982).

22      3.    With respect to the deprivation of property by prison officials, the United States

23  Supreme Court has held that "an unauthorized intentional deprivation of property by a state

24  employee does not constitute a violation of the procedural requirements of the Due Process

25  Clause of the Fourteenth Amendment if a meaningful postdeprivation remedy for the loss is

26  available."  Hudson v. Palmer, 468 U.S. 517, 533 (1984).  The California Legislature has

27  provided such a remedy by permitting tort claims against public officials under California

28  Government Code, §§ 900, et seq.

4. Finally, plaintiff is informed that the court cannot refer to a prior pleading to make plaintiff's amended complaint complete. Local Rule 220 requires that an amended complaint be complete without reference to any prior pleading. This is because, as a general rule, an amended complaint supersedes the original complaint. See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967).

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis (ECF No. 2) is granted.

2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. All fees shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

3. Plaintiff's complaint is dismissed.

4. Plaintiff is granted thirty days from the date of service of this order to file an amended complaint that complies with the requirements of this order, the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice. The amended complaint must bear the docket number assigned this case and must be labeled "Amended Complaint." Failure to file an amended complaint in accordance with this order will result in a recommendation that this action be dismissed.

Dated: October 17, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
loke2114.14

3